[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-10485
Non-Argument Calendar
_____

D.C. Docket No. 3:16-cr-00064-BJD-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CLIVE AUGUSTUS CREW,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 20, 2019)

Before TJOFLAT, MARTIN, and JORDAN, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, appointed counsel for Clive Augustus Crew in this direct

criminal appeal, has moved to withdraw from further representation of Crew and

filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967). Crew has received notice of his right to respond to his counsel's motion and has not submitted a response.

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Crew's conviction and sentence are **AFFIRMED**.